Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−32479−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yadira Peralta
   7020 Polk St
   Apt 17
   Guttenberg, NJ 07093

Social Security No.:
   xxx−xx−2332

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            1/16/19
Time:           08:30 AM
Location:       Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 7, 2018
JAN: rh

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Yadira Peralta  
      Debtor

Case No. 18-32479-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 07, 2018  
                     Form ID: 132     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.
```
db              +Yadira Peralta,    7020 Polk St,    Apt 17,    Guttenberg, NJ 07093-1839
517867852       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
517867854       +KML Law Group, P.C.,    Ste 5000 BNY Independance Cntr,    701 Market St,
                  Philadelphia, PA 19106-1538
517867856       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 08 2018 00:48:00     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 08 2018 00:47:57     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517867850        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 08 2018 01:05:30      Capital One,
                  15000 Capital One Dr,    Richmond, VA 23238
517867851       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 08 2018 01:05:34      Credit One Bank Na,
                  Po Box 98875,    Las Vegas, NV 89193-8875
517867853        E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 08 2018 00:48:14     Jefferson Capital Syst,
                  16 Mcleland Rd,    Saint Cloud, MN 56303
517867855       +E-mail/Text: jennifer.chacon@spservicing.com Dec 08 2018 00:49:12     Select Portfolio Services,
                  PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                                TOTAL: 6
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:
```
              Marie-Ann   Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz     on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Zak A Aljaludi     on behalf of Trustee Marie-Ann  Greenberg bkecf@aljaludilaw.com
              Zak A Aljaludi     on behalf of Debtor Yadira  Peralta bkecf@aljaludilaw.com
                                                                                             TOTAL: 5
```