Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  18−32479−RG
                Chapter:  13
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Yadira Peralta
    7020 Polk St
    Apt 17
    Guttenberg, NJ 07093

Social Security No.:
    xxx−xx−2332

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/24/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 24, 2019
JAN: slm

                              Jeanne Naughton
                              Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                             Case No. 18-32479-RG
Yadira Peralta                                                     Chapter 13
          Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2          Date Rcvd: Jan 24, 2019
                              Form ID: 148                Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2019.
db             +Yadira Peralta,    7020 Polk St,    Apt 17,    Guttenberg, NJ 07093-1839
517983579      +Bank of America, N.A.,    c/o Jenelle C. Arnold,    ALDRIDGE PITE, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
517867854      +KML Law Group, P.C.,    Ste 5000 BNY Independance Cntr,    701 Market St,
                 Philadelphia, PA 19106-1538
517982642       U.S. Bank National Association, as Trustee, Et Al.,     c/o Select Portfolio Servicing, Inc,
                 Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 24 2019 22:36:36      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 24 2019 22:36:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517972706      +EDI: BANKAMER.COM Jan 25 2019 03:28:00      Bank of America, N.A,    P.O. Box 31785,
                 Tampa, FL 33631-3785
517867850       EDI: CAPITALONE.COM Jan 25 2019 03:28:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
517944052       EDI: CAPITALONE.COM Jan 25 2019 03:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517982549      +E-mail/Text: bncmail@w-legal.com Jan 24 2019 22:36:38      CarePoint Health - Physican GSHA,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517867851      +EDI: RCSFNBMARIN.COM Jan 25 2019 03:28:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
517867852      +EDI: AMINFOFP.COM Jan 25 2019 03:28:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
517867853       EDI: JEFFERSONCAP.COM Jan 25 2019 03:28:00      Jefferson Capital Syst,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
517922111       EDI: RESURGENT.COM Jan 25 2019 03:28:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517867855      +E-mail/Text: jennifer.chacon@spservicing.com Jan 24 2019 22:36:50      Select Portfolio Services,
                 PO Box 65250,    Salt Lake City, UT 84165-0250
517963425      +E-mail/Text: bncmail@w-legal.com Jan 24 2019 22:36:38      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517867856      +EDI: WTRRNBANK.COM Jan 25 2019 03:28:00      Td Bank Usa/targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
517982644       E-mail/Text: jennifer.chacon@spservicing.com Jan 24 2019 22:36:50
                 U.S. Bank National Association, as Trustee, Et Al.,     c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65450,    Salt Lake City, UT 84165-0450
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2019 at the address(es) listed below:
          Jenelle C Arnold    on behalf of Creditor    BANK OF AMERICA, N.A. bkecfinbox@aldridgepite.com,
           jarnold@ecf.courtdrive.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jan 24, 2019
                              Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Zak A Aljaludi   on behalf of Trustee Marie-Ann  Greenberg bkecf@aljaludilaw.com
        Zak A Aljaludi   on behalf of Debtor Yadira  Peralta bkecf@aljaludilaw.com
        TOTAL: 6